**DISMISS; and Opinion Filed January 22, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00204-CV

**LOUIS JOHNSON, Appellant**
**V.**
**GREATER BETHLEHEM PLAZA, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-07088-D**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Brown
Opinion by Chief Justice Wright

Appellant's brief in this case is past due. By postcard dated April 1, 2013, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c)

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

130204F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LOUIS JOHNSON, Appellant

No. 05-13-00204-CV     V.

GREATER BETHLEHEM PLAZA,
Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-12-07088-D.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

     In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
     It is **ORDERED** that appellee GREATER BETHLEHEM PLAZA recover its costs of this appeal from appellant LOUIS JOHNSON.


Judgment entered this 22nd day of January, 2014.


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE